IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mowbray & Son Plumbing & Heating, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR MID-DISCOVERY** |
| | ) | **STATUS CONFERENCE** |
| vs. | ) | |
| | ) | |
| U.S. Engineering Innovations, LLC and | ) | |
| Fidelity and Deposit Company of Maryland, | ) | Case No. 1:25-cv-054 |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 9, 2026, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 24th day of April, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court